UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MARITZA SOTO PIZARRO,                                    JUDGMENT
                                                        10-CV- 3700 (CBA)
                          Plaintiff,

-against-

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                                                    SEP 2 9 2011

                          Defendant.
----------------------------------------------------------------X

An Order of Honorable Carol Bagley Amon, United States District Judge, having

been filed on September 27, 2011, ordering that for the reasons stated in Court, pursuant to the

fourth sentence of 42 U.S.C. § 405(g), the Commissioner's decision is reversed; and remanding

Plaintiff's claim for further administrative proceedings; it is

ORDERED and ADJUDGED that the Commissioner's decision is reversed, for

the reasons stated in Court, pursuant to the fourth sentence of 42 U.S.C. § 405(g); and that

Plaintiff's claim is remanded for further administrative proceedings.

Dated: Brooklyn, New York
       September 28, 2011                                s/RCH

                                                ROBERT C. HEINEMANN
                                                Clerk of Court