UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MARITZA SOTO PIZARRO,                    JUDGMENT
                                         10-CV- 3700 (CBA)
                    Plaintiff,

   -against-

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                    Defendant.
-----------------------------------------------------------------X

An Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on September 27, 2011, ordering that for the reasons stated in Court, pursuant to the fourth sentence of 42 U.S.C. § 405(g), the Commissioner's decision is reversed; and remanding Plaintiff's claim for further administrative proceedings; it is

ORDERED and ADJUDGED that the Commissioner's decision is reversed, for the reasons stated in Court, pursuant to the fourth sentence of 42 U.S.C. § 405(g); and that Plaintiff's claim is remanded for further administrative proceedings.

Dated: Brooklyn, New York
       September 28, 2011                        s/RCH

                                         ROBERT C. HEINEMANN
                                         Clerk of Court